IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SANTA ELENA MINERALS IV, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 2:25-cv-845-JHR-KRS |
| ) | |
| CHEVRON U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER QUASHING ORDER TO SHOW CAUSE AND REMANDING CASE

**THIS MATTER** comes before the Court on the Court's Jurisdictional Show Cause Order entered on September 2, 2025 (Doc. 4), and the Agreed Moton To Remand and Response To The Court's Jurisdictional Show Cause Order, filed on September 10, 2025 (Doc. 5). The agreed motion and response states the parties have jointly confirmed the absence of federal subject-matter jurisdiction over the case as the result of the lack of complete diversity between the parties. The parties therefore jointly request that the Court remand the case. Further, the parties agree that neither party is entitled to costs or attorneys' fees as a result of the case having been removed.

Accordingly, the Court **QUASHES** the Jurisdictional Show Cause Order, and **REMANDS** the case to the Fifth Judicial District Court, County of Lea, State of New Mexico, each side to bear their own fees and costs.

**SO ORDERED THIS 11the day of September, 2025**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE